People v Ruiz (2024 NY Slip Op 04744)

People v Ruiz

2024 NY Slip Op 04744

Decided on October 01, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 01, 2024

Before: Moulton, J.P., Mendez, Higgitt, O'Neill Levy, Michael, JJ. 

Ind. No. 591/20 Appeal No. 2657 Case No. 2024-01634 

[*1]The People of the State of New York, Respondent,
v
Daniel Ruiz, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Robin Richardson of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Sarah Lubin of counsel), for respondent.

Order, Supreme Court, New York County (Ellen Biben, J.), entered on or about September 8, 2022, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The record supports the court's discretionary upward departure to a risk level three adjudication (see People v Gillotti, 23 NY3d 841, 861-862 [2014]). The court properly determined that the points assessed under risk factor 9 related to defendant's criminal history did not adequately take into account defendant's pattern of prior sex offenses, which involved similar forcible touching of female strangers (see People v Carmona, 212 AD3d 537 [1st Dept 2020], lv denied 39 NY3d 913 [2023]). The
mitigating factors cited by defendant do not warrant a different result.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 1, 2024